# EXHIBIT A

```
 1                  UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF TEXAS
 2                         AUSTIN DIVISION

 3
    LAURA WONDERCHECK,              )
 4                                  )
            Plaintiff(s),           )
 5                                  )
    VS.                             ) CIVIL ACTION NO. 1:19-CV-00640
 6                                  )
    MAXIM HEALTHCARE SERVICES,      )
 7  INC.,                           )
                                    )
 8          Defendant(s).           )

 9
                         REPORTER'S CERTIFICATE
10                     DEPOSITION OF JAWN OILAR
                            JULY 23, 2020
11                       (Reported Remotely)

12          I, BARBARA GRIFFIN, a Certified Shorthand Reporter

13  in and for the State of Texas, hereby certify to the

14  following:

15          That the witness, JAWN OILAR, was duly sworn by the

16  officer and that the transcript of the oral deposition is a

17  true record of the testimony given by the Witness,

18  hereinbefore.

19          I further certify that pursuant to FRCP Rule

20  30(f)(1) that the signature of the Deponent:

21          __X__ was requested by the Deponent or a party

22  before the completion of the deposition and is to be

23  returned within 30 days from date of receipt of the

24  transcript.

25          If returned, the attached Changes and Signature
```

```
 1  Page contains any changes and the reasons therefore;
 2         That the amount of time used by each party at the
 3  deposition is as follows:
 4         Austin Kaplan - 01:16
 5         Tori Bliss - 00:07
 6         I further certify that I am neither attorney, nor
 7  counsel for, related to, nor employed by any of the parties
 8  to the action in which this testimony is taken of record in
 9  this cause, nor do I have a financial interest in the
10  action.
11         SUBSCRIBED AND SWORN TO on this the 31st day of
12  July, 2020.
13
14                    [signature: Barbara Griffin]
15         _____
16         BARBARA GRIFFIN, Texas CSR 2494
           Expiration Date:  1/31/21
           Firm Registration No. 631
17         Kim Tindall & Associates, LLC
           16414 San Pedro, Suite 900
18         San Antonio, Texas  78232
           (210) 697-3400
19
20
21
22
23
24
25
```

Jawn Oilar  
July 23, 2020  
Page 2

```
 1                    A P P E A R A N C E S
 2
     FOR THE PLAINTIFF(S):
 3
         Austin Kaplan
 4       KAPLAN LAW FIRM, PLLC
         406 Sterzing Street
 5       Austin, Texas   78704
         akaplan@kaplanlawatx.com
 6
     FOR THE DEFENDANT(S):
 7
         Tori Bliss
 8       JONES DAY
         2727 North Harwood Street
 9       Dallas, Texas   75201
         vbliss@jonesday.com
10
     ALSO PRESENT:
11
         Laura Wondercheck
12
                         *  *  *  *  *  *
13
14
15
16
17
18
19
20
21
22
23
24
25
```