**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **LAURA WONDERCHECK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | )   **Civil Action No. 1:19-cv-00640-LY** |
| **MAXIM HEALTHCARE SERVICES, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## DEFENDANT MAXIM HEALTHCARE SERVICES, INC.'S EXHIBIT LIST

Pursuant to Local Rule CV-16(e)(4), Defendant Maxim Healthcare Services, Inc. submits its exhibit list. Maxim reserves the right to rely on any exhibit introduced by Plaintiff Laura Wondercheck or exhibits used for impeachment or refreshing recollection of witnesses.

Maxim expects to offer the following exhibits:

| Ex. No. | Bates No. | Description | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|
| D-1 | WONDERCHECK000160-61 | Wondercheck's résumé | | | |
| D-2 | WONDERCHECK000162-64 | IHSC Pharmacy Technician job description (pre-contract version) | | | |
| D-3 | WONDERCHECK000215-18 | Wondercheck's Maxim application | | | |
| D-4 | WONDERCHECK000222-25 | Maxim Pharmacy Technician job description | | | |
| D-5 | WONDERCHECK000380 | June 9, 2016 Integrity Hotline call report | | | |

| Ex. No. | Bates No. | Description | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|
| D-6 | WONDERCHECK000383-424 | June 2016 Maxim Caregiver Employee Handbook | | | |
| D-7 | WONDERCHECK000425-64 | Maxim Code of Conduct | | | |
| D-8 | WONDERCHECK000482 | Wondercheck Employee Transcript | | | |
| D-9 | WONDERCHECK000483-89 | Wondercheck compliance training certificates | | | |
| D-10 | WONDERCHECK000490 | Wondercheck signed Handbook Acknowledgment | | | |
| D-11 | WONDERCHECK000491 | Wondercheck Code of Conduct certificate (June 21, 2015) | | | |
| D-12 | WONDERCHECK000493 | Wondercheck Code of Conduct certificate (May 24, 2016) | | | |
| D-13 | WONDERCHECK000497-585 | September 19, 2011 Maxim Deficit Reduction Act Policy Package | | | |
| D-14 | WONDERCHECK000586 | July 11, 2016 Wondercheck Corrective Action Form – Termination | | | |

| Ex. No. | Bates No. | Description | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|
| D-15 | WONDERCHECK000592-93 | January 3, 2012 Maxim Anti-Retaliation, and Non-Intimidation (Whistleblower Protection) Policy | | | |
| D-16 | WONDERCHECK000618-22 | June 2016 email exchange with Maxim employees and Linda Applewhite | | | |
| D-17 | WONDERCHECK000616-17 | June 22, 2016 Wondercheck Corrective Action Form – Initial Warning | | | |
| D-18 | WONDERCHECK000889-1120 | Contract No. HSCEDM-15-C-00004 with Statement of Work and appendices | | | |
| D-19 | WONDERCHECK000994-98 | IHSC Pharmacy Technician job description (contract version) | | | |
| D-20 | WONDERCHECK001243-60 | ICE Health Service Corps LOP 00-42 with signature pages | | | |
| D-21 | WONDERCHECK001275 | July 11, 2016 Bradley Switter Corrective Action Form – Termination | | | |

| Ex. No. | Bates No. | Description | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|
| D-22 | WONDERCHECK001283-94 | December 22, 2016 Settlement Agreement and Release by and between Maxim and the United States of America | | | |
| D-23 | WONDERCHECK001295-96 | June 21, 2016 letter terminating An Nguyen's contract with Maxim | | | |
| D-24 | WONDERCHECK001299-1302 | December 2016 email exchange with David Singer, Daniel Murphy, Nick Bradley, Brittany Tobias, Eric Wishner, and others regarding the costs associated with Nguyen's fraud (redacted) | | | |
| D-25 | WONDERCHECK001303-04 | McKesson Dilley Purchasing Detail Report/Invoice Detail Level | | | |
| D-26 | Wondercheck000105-11, 308-27 | Wondercheck Employee Data Report | | | |
| D-27 | Wondercheck000252-258, 263-66 | Wondercheck pay stubs from Brookshire Brothers | | | |

| Ex. No. | Bates No. | Description | Date Offered | Marked | Admitted |
|---------|-----------|-------------|--------------|--------|----------|
| D-28 | Wondercheck000259 | June 2, 2017 Wondercheck Earnings Statement from Maxim | | | |
| D-29 | Wondercheck000260-62 | Wondercheck earnings statements from Target | | | |
| D-30 | Wondercheck000330-34, 338 | 2015-2019 Wondercheck W-2s | | | |
| D-31 | Wondercheck000335-36 | Wondercheck Employment Applications | | | |

Maxim may offer the following exhibits:

| Ex. No. | Bates No. | Description | Date Offered | Marked | Admitted |
|---------|-----------|-------------|--------------|--------|----------|
| D-32 | | Plaintiff's Original Complaint | | | |
| D-33 | | Plaintiff's Answers and Objections to Defendant's First Set of Interrogatories | | | |
| D-34 | WONDERCHECK000381 | June 29, 2016 Integrity Hotline call report | | | |
| D-35 | WONDERCHECK000382 | July 2, 2016 Integrity Hotline call report | | | |
| D-36 | WONDERCHECK000475 -81 | Wondercheck Pharmacy Technician Orientation and Annual Competencies | | | |
| D-37 | WONDERCHECK000587 -91 | February 24, 2016 Maxim Corrective Action Policy | | | |
| D-38 | WONDERCHECK000597 -613 | June 15, 2016 monthly staff meeting slide deck | | | |
| D-39 | WONDERCHECK000657 - | February 25, 2016 Final Exam General Compliance | | | |
| D-40 | WONDERCHECK000660 -63 | 2016 Annual General Compliance and Ethics Training Course Outline | | | |
| D-41 | WONDERCHECK000664 -90 | 2016 Annual General Compliance and Ethics Training Script | | | |

| Ex. No. | Bates No. | Description | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|
| D-42 | WONDERCHECK000691 -94 | 2016 Clinical Compliance Staffing – Course Outline | | | |
| D-43 | WONDERCHECK000695 -883 | Online Clinical Compliance curriculum scripts | | | |
| D-44 | WONDERCHECK001155 -87 | 2016 Maxim Facility Guidelines and Orientation Manual | | | |
| D-45 | WONDERCHECK001188 -90 | 2015 Clinical Compliance Staffing Skilled Training Course Outline | | | |
| D-46 | WONDERCHECK001191 -1238 | 2015 New Hire/Rehire General Compliance and Ethics Training | | | |
| D-47 | WONDERCHECK001239 -42 | 2015 Annual General Compliance and Ethics Training Course Outline | | | |
| D-48 | WONDERCHECK001261 -64 | June 20, 2016 email from Jeff DeCarlo to Shawn Coffin attaching McKesson invoices | | | |
| D-49 | WONDERCHECK001265 -66 | June 30, 2016 TSBP Online Complaint regarding Nguyen | | | |
| D-50 | WONDERCHECK001267 -68 | July 11, 2016 TSBP Online Complaint regarding Wondercheck | | | |

| Ex. No. | Bates No. | Description | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|
| D-51 | WONDERCHECK001269-70 | July 11, 2016 TSBP Online Complaint regarding Switter | | | |
| D-52 | WONDERCHECK001271-74 | July 13, 2016 email exchange with Coffin and Thomas Hochberg regarding Nguyen | | | |
| D-53 | WONDERCHECK001276-79 | June 21, 2016 email exchange with Murphy, Coffin, Kristin Stemple, Thomas Gillespie, and Jenny Moon regarding Nguyen termination and suspension | | | |
| D-54 | WONDERCHECK001280-82 | July 2016 email exchange with Murphy, Jawn Oilar, Gillespie, and Coffin regarding Switter's and Wondercheck's terminations | | | |
| D-55 | Wondercheck000289-307 | Wondercheck earnings statements from Maxim | | | |
| D-56 | Wondercheck001028 | Maxim Federal contracts in force as of July 2016 (redacted) | | | |

Dated: November 6, 2020

Respectfully submitted,

*/s/ Lindsay A. Hedrick*

Lindsay A. Hedrick
Texas State Bar No. 24067655
Victoria L. Bliss
Texas State Bar No. 24105479
JONES DAY
2727 North Harwood Street
Dallas, Texas  75201
Phone:  (214) 220-3939
Fax:  (214) 969-5100
E-mail: lahedrick@jonesday.com
              vbliss@jonesday.com

*Attorneys for Defendant Maxim Healthcare Services, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 6, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send electronic notice to all counsel of record.

*/s/ Lindsay A. Hedrick*
Lindsay A. Hedrick