**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **LAURA WONDERCHECK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Civil Action No. 1:19-cv-00640-LY** |
| **MAXIM HEALTHCARE SERVICES,** | ) | |
| **INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT MAXIM HEALTHCARE SERVICES, INC.'S**
**DEPOSITION DESIGNATIONS**

Pursuant to Local Rule CV-16(e)(6), Defendant Maxim Healthcare Services, Inc. submits its Deposition Designations, attached hereto as Exhibit A, should Daniel Murphy or Thomas Gillespie be unable to testify in-person at trial. Maxim reserves the right to supplement and amend these designations. Maxim also reserves the right to use deposition testimony designated by Plaintiff Laura Wondercheck. Maxim is neither waiving the confidentiality of any designation herein, nor is Maxim conceding the relevancy of any issue. The designations herein are submitted subject to any motions in limine.

Dated: November 6, 2020

Respectfully submitted,

*/s/ Lindsay A. Hedrick*

Lindsay A. Hedrick
Texas State Bar No. 24067655
Victoria L. Bliss
Texas State Bar No. 24105479
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
Phone: (214) 220-3939
Fax: (214) 969-5100
E-mail: lahedrick@jonesday.com
         vbliss@jonesday.com

*Attorneys for Defendant Maxim Healthcare Services, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 6, 2020, I electronically filed the foregoing with the Clerk

of the Court by using the CM/ECF system, which will send electronic notice to all counsel of record.

*/s/ Lindsay A. Hedrick*

Lindsay A. Hedrick

**EXHIBIT A**

| Deponent | Designations |
|---|---|
| Daniel Murphy | p. 9:17-24<br>p. 14:3-15<br>p. 17:3-18:15<br>p. 22:6-24:1<br>p. 29:19-31:14<br>p. 40:5-41:4<br>p. 42:13-16<br>p. 44:5-13<br>p. 47:8-48:4<br>p. 52:20-54:9<br>p. 59:20-61:3<br>p. 71:1-18<br>p. 94:17-95:25<br>p. 102:1-104:11<br>p. 104:12-105:4<br>p. 105:5-110:25<br>p. 111:1-113:2<br>p. 113:24-115:17<br>p. 116:9-117:17<br>p. 117:18-118:19<br>p. 130:3-20<br>p. 132:18-133:5 |
| Thomas Gillespie | p. 9:20-10:21<br>p. 91:13-94:2 |