AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Laura Wondercheck ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:19-CV-00640-LY |
| Maxim Healthcare Services, Inc. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Laura Wondercheck                                                                                          .

Date:   05/20/2021

/s/ Ryan O. Estes
*Attorney's signature*

Ryan O. Estes, 24120586
*Printed name and bar number*

406 Sterzing Street
Austin, Texas 78704

*Address*

restes@kaplanlawatx.com
*E-mail address*

(512) 553-9390
*Telephone number*

(512) 692-2788
*FAX number*