IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LAURA WONDERCHECK, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>)   CIVIL ACTION NO. 1:19-CV-00640-LY<br>)<br>MAXIM HEALTHCARE SERVICES, INC., )<br>)<br>*Defendant.* )<br>) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Chelsea A. Till of Jones Day, with offices located at 2727 North Harwood Street, Dallas, Texas 75201, hereby appears on behalf of Defendant Maxim Healthcare Services, Inc.

I hereby certify that I am admitted to practice before this Court.

Dated:  January 27, 2022

Respectfully submitted,

/s/ Chelsea A. Till
Chelsea A. Till
Texas State Bar No. 24115858
ctill@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, TX  75201.1515
Telephone:  +1.214.220.3939
Facsimile:  +1.214.969.5100

*Attorney for Defendant Maxim Healthcare Services, Inc.*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2022, I filed a copy of the foregoing with the Clerk of Court for the United States District Court, Western District of Texas, using the CM/ECF system, which will send notification electronically to all counsel of record.

*/s/ Chelsea A. Till*
Chelsea A. Till